UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-25 |
| | ) | (JARVIS/GUYTON) |
| DAVID P. ESSERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the following motions by the defendant, all of which were filed on May 2, 2005:

(1) Motion to Produce Physical Evidence [Doc. 27];

(2) Motion to Suppress the Fruits of a Coerced and Threatened Consent to Search [Doc. 28];

(3) Motion for an Order Allowing Discovery and for an Order to Maintain the Scene [Doc. 30]; and

(4) Motion to Suppress Search in California and All Resulting Evidence, Including the Fruits of the Poisoned Tree [Doc. 32].

On July 14, 2005, the defendant entered a plea of guilty before District Judge James H. Jarvis. Accordingly, the defendant's motions [**Docs. 27, 28, 30,** and **32**] are **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

      s/ H. Bruce Guyton
United States Magistrate Judge